FILED

MAR 2 4 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 14 80 093MISC

IN THE MATTER OF

Samuel John Saltalamacchia - #094353

)
)  Case Number:
)
)  **ORDER TO SHOW CAUSE RE**
)  **SUSPENSION FROM MEMBERSHIP**
)  **IN GOOD STANDING OF THE BAR**
)  **OF THE COURT**
)

**WHA**

TO:  Samuel John Saltalamacchia

You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as a member of the State Bar of California has been modified as follows:

Suspended for 1 year by the Supreme Court of California effective March 1, 2014.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before May 5, 2014,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after May 5, 2014, absent further order of this Court.

IT IS SO ORDERED.

Dated: MARCH 21, 2014.

_____
WILLIAM ALSUP
United States District Judge

*Form updated July 2012*