IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br>In the Matter of Samuel John<br>Saltalamacchia - #094353 | No. C 14-80093 WHA<br><br>**ORDER OF SUSPENSION** |

    Because Samuel John Saltalamacchia has failed to respond to the order to show cause, Mr. Saltalamacchia's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: May 22, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE